June 26, 2009

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Robert B. Gilbreath
Hawkins, Parnell & Thackston, LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, TX 75205

RE: Case Number: 06-0911
 Court of Appeals Number: 03-04-00379-CV
 Trial Court Number: C2002-0547-A

Style: EDWARDS AQUIFER AUTHORITY, ET AL.
 v.
 CHEMICAL LIME, LTD.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Andrew S. |
| |Miller |
| |Ms. Diane O'Neal |
| |Ms. Kathy H. |
| |Faulkner |
| |Mr. R. James George|
| |Jr. |
| |Mr. Kristofer S. |
| |Monson |
| |Ms. Julie A. Ford |